

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2013

No. 04-12-00826-CR

Alonzo **HELMKE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3874
Honorable Raymond Angelini, Judge Presiding

## O R D E R

On February 28, 2013, we abated this appeal and remanded it for the trial court to rule on appointed counsel's motion to withdraw. The trial court granted the motion to withdraw and appointed attorney Michael Hoyle to represent appellant in this appeal. A copy of the trial court's order has been filed with this court.

We **reinstate** the appeal on the docket of this court. We **order** appellant's brief due **April 29, 2013**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court